# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00364-CV

**J. E. and D. C. a/k/a D. W., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 428TH JUDICIAL DISTRICT
### NO. 2015-1454, HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants J.E. and D.C. a/k/a D.W., have filed an unopposed motion to dismiss their appeal of the district court's order terminating their parental rights. We grant appellants' motion and dismiss the appeal.[1]

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Appellants' Motion

Filed:   July 29, 2016

---

[1]  *See* Tex. R. App. P. 42.1(a)(1).